**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**EDWARD A. WILLIAMS** :
Plaintiff :
:
**v.** : Civil Action No. _________
:
**JEFF SESSIONS,** :
Attorney General of the United States :
:
**THOMAS E. BRANDON,** :
Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives :
:
**ANDREW G. McCABE,** : Complaint – Civil Rights
Director of the Federal Bureau of Investigation :
:
**UNITED STATES OF AMERICA,** :
Defendants :

**Exhibit List to Petitioners' Motion for Summary Judgment**

**Exhibit A**: Pennsylvania State Police Background Check

**Exhibit B**: Certified Sentencing Order Commonwealth v. Edward Williams

# EXHIBIT A

# PENNSYLVANIA STATE POLICE

1800 Elmerton Avenue
Harrisburg, PA 17110

Control #
**R17746166**

## REQUEST FOR CRIMINAL RECORD CHECK

**JOSHUA PRINCE**
**646 LENAPE ROAD**
**BECHTELSVILLE PA 19505**

**TELEPHONE: (610) 845-3803**

**TO WHOM IT MAY CONCERN:**

**THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:**

**Name:** Williams,Edward
**Date of Birth:** [redacted]
**Social Security #:**
**Sex:** M
**Race:** Unknown
**Date of Request:** 3/13/2017 11:00:00 AM
**Purpose of Request:** Other

**Maiden Name and/or Alias (1)** **(2)**
**(3)** **(4)**

***** HAS A CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK OF THE ABOVE IDENTIFIERS - CRIMINAL RECORD FOR SID NO: 184-59-80-9 ATTACHED*****

THE INFORMATION DISSEMINATED BY THE CENTRAL REPOSITORY IS BASED SOLELY ON THE FOLLOWING IDENTIFIERS THAT MATCH THOSE FURNISHED BY THE REQUESTER:

[Y] **NAME** [Y] **SOCIAL SECURITY NUMBER** [N] **MAIDEN / ALIAS NAME**
[Y] **DATE OF BIRTH** [N] **RACE** [Y] **SEX**

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

ADDITIONAL INFORMATION MAY BE AVAILABLE FROM QUERIES OF OTHER STATE AND FEDERAL DATABASES.

[ ] SEE WEBSITE:http://www.casanet.org/program-management/volunteer-manage/criminal-bkg-check.htm

[ ] PENNSYLVANIA'S MEGAN'S LAW WEBSITE AT:http://pameganslaw.state.pa.us/

QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PATCH HELP LINE TOLL FREE AT 1-888-QUERY-PA (1-888-783-7972)

CERTIFIED BY:

DISSEMINATED BY:703182
03/22/2017

**Lieutenant Richard O Quinn**
Director, Criminal Records and Identification Division
Pennsylvania State Police

SP4-137B
COMPILED: 2017/03/22



PENNSYLVANIA STATE POLICE
CENTRAL REPOSITORY
1800 ELMERTON AVENUE
HARRISBURG, PENNSYLVANIA 17110
(888)783-7972

USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 184-59-80-9 ***
REGULATED BY ACT 47, AS AMENDED.

IDENTIFICATION

NAME: WILLIAMS,EDWARD A
SID: 184-59-80-9 DOB: [redacted] SOC: XXX-XX-0899
SEX: MALE RAC: BLACK HAI: BLACK EYE: BLACK
HGT: 6'01" WGT: 230
POB: US CITIZEN: YES
COUNTRY OF CITIZENSHIP: UNITED STATES

CRIMINAL HISTORY

NAME: WILLIAMS,EDWARD OTN: N293062-0
ARRESTED: 2004/09/07 PAPEP0000 PHILADELPHIA OCA: C0935505
DISPO DATE: 2006/06/15
DISTRICT JUSTICE DOCKET NUMBER: MC 0409-0216

*** COURT DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | DISPOSITION |
|---|---|---|---|---|
| 2004/09/07 | VC3802 DRIVING UNDER THE INFLUENCE OF ALCOHOL OR CONTROLLED SUBSTANCE | 1 | | FOUND GUILTY/ COUNTY PRISON/ 90 DYS - 002 YR-S |

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD

PROBATION/PAROLE INFORMATION

| AGENCY | OCA | START DATE | END DATE | PAR/PRO | LIFE CODE |
|---|---|---|---|---|---|
| PA051023G PHILADELPHIA | C0935505 | 2006/06/15 | 2008/06/15 | PAROLE | |

APPLIES TO OTN: N293062-0

ADDITIONAL IDENTIFIERS

AKAs: WILLIAMS,EDWARD ALS / WILLIAMS,EDWARD ALS JR
DOBs:
SOCs:
MNUs:

F=FELONY, M=MISDEMEANOR, S=SUMMARY AND THE NUMERIC=DEGREE
ARREST(S) SUPPORTED BY FINGERPRINT CARD(S) ON FILE

RESPONSE BASED ON COMPARISON OF REQUESTER FURNISHED INFORMATION AND/OR FINGERPRINTS AGAINST A NAME INDEX AND/OR FINGERPRINTS CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY, AND DOES NOT PRECLUDE THE EXISTENCE OF OTHER CRIMINAL RECORDS WHICH MAY BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

THE PENNSYLVANIA STATE POLICE IS IN THE PROCESS OF SWITCHING FROM SCN CHARGE CODES TO THE PURDON'S FORMAT. RAP RESPONSES MAY SHOW BOTH SCN AND PURDON'S FORMATTED CHARGES.

****************************** END OF RAP SHEET ******************************

# EXHIBIT B

36205
NOV - 2 2015 via fax
AHFB



FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
**OFFICE OF JUDICIAL RECORDS, PHILADELPHIA COUNTY**

| | |
|---|---|
| **COMMONWEALTH** | (●) **MUNICIPAL COURT OF PHILADELPHIA** |
| **V.** | ( ) **TRIAL DIVISION - CRIMINAL** |
| **EDWARD WILLIAMS** | **DOCKET #** MC - 51 - CR - 0902161 - 2004 |

***I CERTIFY*** the foregoing to be a true and correct copy of the full, entire, and complete Record in the case above stated, as the same now remains of Record in this Office.

***IN TESTIMONY WHEREOF,*** I have hereunto set my hand and affixed the seal of the said Court this 24th day of NOVEMBER, A.D. 2014.




Marc E. Gaillard
**Deputy Director**
**Office of Judicial Records,**
**Philadelphia County**

CC 11-305



Commonwealth VS.
EDWARD WILLIAMS
Address:
1949 W SPENCER AV
Philadelphia PA 19141-
PID:0935505
DOB: [redacted]

DKT# TE NUMBER 2004090216
COMPLAINT FILED BY:
Name: POLICE POLICE
Date: 09/07/2004
OTN#: N2930620

DC# 04-14-072018
Codefendants: 0
Complainants: 1

| State Chrg | O Court Description | Gr | Ct | State Chrg | O Court Description | Gr | Ct |
|---|---|---|---|---|---|---|---|
| VC3802 | 84003 DUI-ALCOHOL OR DRUGS | M | 01 | | | | |

Arrest Date: 09/07/2004 BY: GAUTHNEY LISA Badge#: 206846 Group Id: /
Next Action Date: 10/20/2004 Time: 10:30 Next Action Location: 404 CJC: 1301 Filbert St. 10:30 am
Arraignment Disposition: ROR Amount: $.00
Conditions of Release:

Appeal Information
Bail Appeal Judge:
Appeal By:

Notes:

Special Needs:
Judge/Bail Comm: ABRAHAM POLOKOFF
Attorney for Def: Private Counsel
Court Clerk: THERESA BRADY
ADA/DA Rep: CRISTINA MCKENZIE
Arraignment Site: PD
Arraignment Date: 09/07/2004 Time: 22:04

Preliminary Hearing or Trial Continuances

10/20/04 Rel 04 603 D/C cpd 01013 B.W. Issued

| | Continued To | Reason for Continuance | Code | | Judge |
|---|---|---|---|---|---|
| First Action 12-6-04 | 1-14-05 | Def. request. Atty on trial. Civ. Cimino. | | B.O.S.O. / B.W. Issued | |
| Further Action 1-14-05 | 3-14-05 | Def. request - atty on trial. Cant. FEFTA, D/1013. | | B.O.S.O. / B.W. Issued | |
| Further Action 3-14-05 | 5-4-05 603 | Def request - atty busy. Cont. C. 01013, 603. | | B.O.S.O. | |

Preliminary Hearing Disposition

4-30-05 | 603 | Fortunato Perri Jr. Esq.
Date | Place | Attorney for Defendant (Name and Address)
Court Clerk | A. Bocciarelli, Court Reporter | Atty No. | ADA

~~After waiving hearing, above defendant is held for Court as follows:~~ Plea entered of not guilty. Adjudged guilty under 3802 A1 and 3802C. BAC-0.223. Sentence deferred for CRN. C-12/15/05 Rm 603

Arraignment Date and Room

It is ordered that the charge(s) against the defendant are to be presented to the District Attorney for the preparation of Information. Date: 9-30-05 Judge:

Trial Disposition Date
6-15-06 | 603 | Fortunato Perri, Jr. Esq.
Date | Place | Attorney for Defendant (Name and Address) | Atty No.
Court Clerk | Court Reporter | Plea | Verdict | Atty for Prosecution

Sentence: Not less than 90 days nor more than 2 years. Sentence allowed to be served on passive house arrest until electronic monitor is available. Attend alcohol safety school. Pay $1,500 fine, $180.00 court cost, $100.00 surcharge. Whether parole, supervision fees waived! License suspension - 18 months. Ignition interlock imposed.

I hereby certify that the above is a true and correct return and transcript. Witness my hand and Seal. Judge: Date: 6-15-06 (Seal)

Use reverse side for additional notes

06024851