# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Case Number: 17-cv-2641**

**Edward A. Williams**

**vs.**

**Jeff Sessions, et al**

### Acceptance of Service by the United States Attorney

I _Anthony Dilport_ (print name) hereby accept service on behalf of the United States Attorney (only).

_[signature]_
For the United States Attorney (Signature)

_Anthony J Dilport_
Print Name

_6/16/17_
Date