IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD A. WILLIAMS,                                    :
                                                       :
          Plaintiff,                                   :
                                                       :
v.                                                     :     CIVIL ACTION NO. 17-cv-2641
                                                       :
JEFF SESSIONS,                                         :
Attorney General of the United States,                :
THOMAS E. BRANDON,                                     :
Acting Director, Bureau of Alcohol,                    :
Tobacco, Firearms, and Explosives,                     :
CHRISTOPHER WRAY,                                      :
Director, Federal Bureau of Investigation, and         :
UNITED STATES OF AMERICA,                              :
                                                       :
          Defendants.                                  :

## ORDER

AND NOW, this  9ᵗʰ  day of  *August*  , 2017, upon

consideration of Defendants' Unopposed Motion for an Extension of Time to Respond to

Plaintiff's Complaint, it is hereby

## ORDERED

that Defendants' motion for a 30-day extension of time to respond to the Complaint is granted

and Defendants shall have up to and including September 14, 2017 to answer, move or otherwise

respond to the Plaintiff's Complaint.

BY THE COURT:

_____
HONORABLE ROBERT F. KELLY
*Senior Judge, United States District Court*