IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD WILLIAMS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 17-CV-2641 |
| | : | |
| JEFFERSON B. SESSIONS III, *et al.* | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiff's Stipulation for Extension of Time to Respond to Defendants' Motion to Dismiss, it is hereby **GRANTED**. Plaintiff shall have up to and including Friday, October 13, 2017 to respond to Defendants' Motion to Dismiss.

BY THE COURT:

_____
HONORABLE ROBERT F. KELLY
*Senior Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD WILLIAMS,<br>   Plaintiff,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III,<br>Attorney General of the United States<br><br>THOMAS E. BRANDON,<br>Acting Director of the Bureau of Alcohol,<br>Tobacco, Firearms, and Explosives<br><br>CHRISTOPHER WAY,<br>Director of the Federal Bureau<br>of Investigation<br><br>UNITED STATES OF AMERICA<br>   Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 17-CV-2641<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS**

The Parties hereby stipulate and agree, due the Plaintiffs' counsels' current hearing/trial schedule and the upcoming religious holidays, that Plaintiff may have until Friday, October 13, 2017 to respond to Defendants' Motion to Dismiss.

_____
Joshua Prince, Esq.
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(610) 845-3803
*Counsel for Plaintiff*

_____
Richard Mentzinger, Jr.
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106
215-861-8316
*Counsel for Defendants*

Dated:  September 18, 2017

## **CERTIFICATE OF SERVICE**

I, Joshua Prince, Esq., hereby certify that on the 18th day of September, 2017, I caused a copy of the foregoing to be served through the Court's ECF system, as follows:

AUSA Richard Mentzinger, Jr.
Rick.Mentzinger@usdoj.gov

_____
Joshua Prince, Esq.
Attorney Id. No 306521
Prince Law Offices, P.C.
646 Lenape Rd
Bechtelsville, PA 19505
888-313-0416 ext 81114
610-845-3903 (fax)
Joshua@PrinceLaw.com