IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD WILLIAMS,<br>           Plaintiff, | : |
| v. | :    Civil Action No. 17-CV-2641 |
| JEFFERSON B. SESSIONS III, *et al.*<br>           Defendants. | : |

## ORDER

AND NOW, this *19th* day of *Sept.*, 2017, upon consideration of Plaintiff's Stipulation for Extension of Time to Respond to Defendants' Motion to Dismiss, it is hereby **GRANTED**. Plaintiff shall have up to and including Friday, October 13, 2017 to respond to Defendants' Motion to Dismiss.

BY THE COURT:

*[signature]*
HONORABLE ROBERT F. KELLY
*Senior Judge, United States District Court*