# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No. 17-CV-2641 |
| | : | |
| v. | : | Honorable Robert F. Kelly |
| | : | |
| **JEFFERSON B. SESSIONS III,** *et al.* | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 20\_\_\_, upon consideration of Defendants' Motion to Dismiss and Plaintiff's response thereto, it is **ORDERED AND DECREED** that said Motion is **DENIED**.

BY THE COURT:

_____
Hon. Robert F. Kelly