# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | Honorable Robert F. Kelly |
| | : | |
| **JEFFERSON B. SESSIONS III,** *et al.* | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through his counsel, move this Honorable Court to enter summary judgment on his behalf pursuant to Fed. R. Civ. P. 56. The accompanying memorandum of law is submitted in support of this motion. A supporting brief and order are attached hereto in accordance with the Court's Local Rules.

Respectfully Submitted,

_____
Adam Kraut, Esq.
Attorney Id. No. 318482
AKraut@PrinceLaw.com

Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com

                                              Prince Law Offices, P.C.
                                              646 Lenape Road
                                              Bechtelsville, PA 19505
                                              610-845-3803
                                              610-845-3903 (fax)

                                              Attorneys for Petitioner