IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | Honorable Robert F. Kelly |
| | : | |
| **JEFFERSON B. SESSIONS III,** *et al.* | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of Plaintiff's Motion for Summary Judgment and supporting Memorandum of Law, as well as any response thereto, it is **ORDERED AND DECREED** that said Motion is **GRANTED** and judgment is entered in favor of Plaintiff Edward A. Willliams. It is hereby declared that 18 U.S.C. § 922(g)(1), its derivative regulations, and all related laws, policies, and procedures violate Plaintiff's right to Keep and Bear Arms as guaranteed by the Second Amendment to the United States Constitution. Defendants are hereby enjoined from enforcing against the Plaintiff 18 U.S.C. § 922(g)(1) and all its derivative regulations, and all related laws, policies and procedures that would impede or criminalize Plaintiff's exercise of his right to Keep and Bear Arms.

BY THE COURT:

_____
Hon. Robert F. Kelly