IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. WILLIAMS | : | C.A. No. 17-2641 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JEFF SESSIONS et al | : | |

## NOTICE OF PRETRIAL CONFERENCE

   Please be advised that a pretrial conference in the above matter has been ordered by Judge Robert F. Kelly by telephone on **FRIDAY, JANUARY 12, 2018 at 9:00 A.M.**

   The purposes of the conference are set forth in F.R.C.P. 16. The Court will assume that you will be fully prepared to comply with all provisions of Rule 16. You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

   This pretrial conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

               For the Court,

               */s/ Mark A. Rafferty*

               Mark A. Rafferty
               Deputy Clerk to Judge R. Kelly
               267-299-7319

Copies E-mailed to counsel:
Adam J. Kraut, Esq.
Richard Mentzinger, Jr. Esq.
Raymond A. Kresge, Esq.