IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 17-cv-2641 |
| | : | |
| JEFF SESSIONS, | : | |
| Attorney General of the United States, | : | |
| THOMAS E. BRANDON, | : | |
| Acting Director, Bureau of Alcohol, | : | |
| Tobacco, Firearms, and Explosives, | : | |
| CHRISTOPHER WRAY, | : | |
| Director, Federal Bureau of Investigation, and | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

## SUBSTITUTION OF COUNSEL

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Richard Mentzinger, Jr. and enter the appearance of Anthony D. Scicchitano on behalf of Defendants in the above matter.

                                               Respectfully submitted,

                                               LOUIS D. LAPPEN
                                               United States Attorney

                                               /s/ Richard Mentzinger, Jr.
                                               RICHARD MENTZINGER, JR.
                                               Assistant United States Attorney

                                               /s/Anthony D. Scicchitano
                                               ANTHONY D. SCICCHITANO
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               615 Chestnut Street, Suite 1250
                                               Philadelphia, PA 19106
                                               215-861-8380 (Scicchitano Direct)
                                               215-861-8618 (Fax)

Dated:  January 19, 2018                   anthony.scicchitano@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January 2018, a true and correct copy of the foregoing Substitution of Counsel, which was electronically filed through the Court's CM/ECF system, will also be served by first class mail, postage prepaid, upon the following:

>Adam Kraut. Esquire
>Joshua Prince, Esquire
>Prince Law Offices, P.C.
>646 Lenape Road
>Bechtelsville, PA  19505

Dated:  January 19, 2018

/s/Anthony D. Scicchitano
ANTHONY D. SCICCHITANO
Assistant United States Attorney