**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

EDWARD A. WILLIAMS,
           Plaintiff,

     v.

JEFF SESSIONS, Attorney General of the
United States et al.,
           Defendants.

Civ. No. 17-2641

**DEFENDANTS' MOTION FOR**
**EXTENSION OF DISCOVERY DEADLINES**

      Defendants Jeff Sessions, Attorney General of the United States; Thomas E. Brandon,

Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives; Christopher Wray,

Director, Federal Bureau of Investigation; and the United States of America move to extend the

discovery deadlines in this matter by 30 days to permit the parties to complete discovery.  In

support thereof, defendants aver as follows:

      1.      In this as-applied Second Amendment challenge, the parties have been engaged in

discovery over the past several months.  The parties have issued and completed interrogatories,

document productions, and took the deposition of the plaintiff in this matter.  While the

discovery deadline is currently scheduled for May 14, 2018, the parties were unable to complete

discovery by this date.

      2.      The primary outstanding issue pertains to the deposition of an individual who

provided a character reference for plaintiff.  The parties collaboratively and jointly identified

appropriate dates and times for the depositions of plaintiff and this character reference.  While

the deposition of the plaintiff went forward, the individual supplying the character reference had

a medical emergency that prevented his deposition.

3.      Because defendants have not been able to find a working telephone number for the character reference, defendants sent him a letter on May 7, 2018, asking that he provide us with alternative dates and times as soon as possible.  Despite sending him the letter by certified mail and by FedEx, we have not yet received a response.

4.      Defendants anticipate sending another letter to the character reference as soon as possible to schedule an alternative date or warning him of a forthcoming revised subpoena.

5.      In addition, defendants identified a few points in plaintiff's deposition that may warrant minor additional discovery.

6.      In order to complete discovery in this matter, defendants ask that the Court briefly extend the remaining case management deadlines by 30 days to accommodate this medical emergency.

7.      Defendants anticipate that this will be the only brief extension needed for discovery.

For these reasons, defendants request a thirty-day extension of time on the remaining case management deadlines.  A proposed revised scheduling order is attached for the Court's convenience.

Respectfully submitted,

WILLILAM M. McSWAIN
United States Attorney


  /s/ Anthony D. Scicchitano
ANTHONY D. SCICCHITANO
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Direct:     (215) 861-8380
Fax:         (215) 861-8618
anthony.scicchitano@usdoj.gov

Dated:  May 11, 2018                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and all accompanying papers were

served by ECF and first-class mail, postage prepaid, this 11th day of May, 2018 on:

        Joshua Prince, Esq.
        Adam Kraut, Esq.
        Prince Law Offices, P.C.
        646 Lenape Road
        Bechtelsville, PA 19505

                         /s/ Anthony D. Scicchitano
                        ANTHONY D. SCICCHITANO
                        Assistant United States Attorney