UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDWARD A. WILLIAMS,
       Plaintiff,

v.

JEFF SESSIONS, Attorney General of the United States et al.,
       Defendants.

Civ. No. 17-2641

## REVISED SCHEDULING ORDER

The Court's January 12, 2018, Scheduling Order, (Doc. 17), is hereby REVISED as follows:

1. fact discovery shall be completed on or before **June 13, 2018**;

**2.** Defendants shall forward their expert report(s) to Plaintiff on or before **July 13, 2018**;

3. Plaintiff shall forward his expert report(s) to Defendants on or before **August 13, 2018**[1];

4. expert depositions shall be completed on or before **September 12, 2018**;

5. all dispositive motions shall be filed on or before **September 26, 2018**;

6. if the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before **October 10, 2018**. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within **fourteen (14) days** after the Court's disposition of the dispositive motions;

7. the Court shall give this case a date certain for trial;

---

[1] Plaintiff may submit a written motion to the Court in the event he needs additional time to produce his expert report.

8.     the parties shall provide courtesy copies of all filings to chambers; and

9.     proposed changes to the foregoing schedule shall be considered by written motion only.

                  BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE

