# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No. 17-CV-2641 |
| | : | |
| v. | : | Honorable Robert F. Kelly |
| | : | |
| **JEFFERSON B. SESSIONS III,** *et al.* | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, by and through his counsel, move this Honorable Court to extend by 30 days the time table in the current scheduling order (Doc. 25). As the Court noted in footnote 1 of the Revised Scheduling Order, Plaintiff may submit a written motion to do so in the event he needs additional time to produce an expert report. The Plaintiff respectfully requests an extension of 30 day. Defendants have informed the undersigned that they do not oppose this request.

Respectfully Submitted,

_____
Adam Kraut, Esq.
Attorney Id. No. 318482
AKraut@PrinceLaw.com

Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com

Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I, Adam Kraut, Esq., of Prince Law Offices, P.C. hereby certify that I served a copy of the *Plaintiff's Unopposed Motion For Extension of Time*, through the Court's ECF system, as follows:

Anthony D. Scicchitano, Esq.
anthony.scicchitano@usdoj.gov
U.S. Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106


                                                          **Prince Law Offices, P.C.**

Date: August 3, 2018                    By: _/s/ Adam Kraut_

                                                          Adam Kraut, Esq.
                                                          Attorney Id. No. 318482
                                                          Prince Law Offices, P.C.
                                                          646 Lenape Rd.
                                                          Bechtelsville, PA 19505
                                                          610-845-3803 ext 81115
                                                          610-845-3903    (fax)
                                                          AKraut@princelaw.com

                                                          Attorney for Plaintiff