# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD A. WILLIAMS** : | |
| Plaintiff : | Civil Action No. 17-CV-2641 |
| : | |
| v. : | Honorable Robert F. Kelly |
| : | |
| **JEFFERSON B. SESSIONS III,** *et al.* : | |
| : | |
| Defendants : | |

## SECOND REVISED SCHEDULING ORDER

The Court's May 14, 2018 Revised Scheduling Order, (Doc. 25), is hereby REVISED as follows:

1. Plaintiff shall forward his expert report(s) to Defendants on or before **September 12, 2018**;

2. Expert depositions shall be completed on or before **October 12, 2018**;

3. All dispositive motions shall be filed on or before **October 26, 2018**;

4. If the parties do not file any dispositive motions, the parties' Joint Pretrial Order shall be filed on or before **November 9, 2018**. If dispositive motions are filed, the parties' Joint Pretrial Order shall be filed within **fourteen (14) days** after the Court's disposition of dispositive motions;

5. The Court shall give this case a date certain for trial;

6. The parties shall provide courtesy copies of all filings to chambers; and

7. Proposed changes to the foregoing schedule shall be considered by written motion only.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE

August 3, 2018