UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br>          Plaintiff,<br><br>     v.<br><br>JEFF SESSIONS, Attorney General of the United States et al.,<br>          Defendants. | Civ. No. 17-2641 |

**JOINT MOTION TO EXTEND DEADLINE FOR**
**RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Edward A. Williams and Defendants jointly ask the Court to extend the deadline for both sides to respond to the outstanding summary judgment motions by one business day—to November 13, 2018. In support thereof, the parties aver as follows:

1. Plaintiff filed this as-applied Second Amendment challenge to 18 U.S.C. § 922(g)(1) on June 1, 2017. (Doc. 1).

2. The Court filed the second revised scheduling order on August 3, 2018. (Doc. 27). That order, among other things, set a deadline of October 26, 2018 for the filing of dispositive motions.

3. The parties filed their cross-motions for summary judgment on October 26, 2018.

4. With a 14-day deadline for oppositions, the parties' responses to the outstanding summary judgment motions are currently due on November 9, 2018.

5. The parties jointly ask for an additional business day to respond to the outstanding summary judgment motions.

6. Counsel for plaintiff has a travel and business schedule that has prohibited him from spending significant time on the response thus far. Counsel for plaintiff anticipates being able to provide a thorough and complete response if provided with one additional business day.

7. In addition, counsel for defendants also has had difficulty spending significant time on preparing a response thus far due to other work obligations and has a previously scheduled vacation for the upcoming holiday weekend. In order to properly prepare the response and get sufficient approvals by supervisors and others ahead of the deadline, counsel for defendants would also benefit from an additional business day to provide a thorough and complete response.

8. For these reasons, the parties request an extension of one business day, to November 13, 2018, to respond to the motions for summary judgment.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

/s/ Joshua Prince
JOSHUA PRINCE
ADAM KRAUT
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
Phone:  (610) 845-3803
Fax:  (610) 845-3903
Joshua@PrinceLaw.com
AKraut@PrinceLaw.com

*Counsel for Edward A. Williams*

/s/ Anthony D. Scicchitano
ANTHONY D. SCICCHITANO
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Direct:  (215) 861-8380
Fax:  (215) 861-8618
anthony.scicchitano@usdoj.gov

*Counsel for Defendants*

Dated:  November 2, 2018

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br>      Plaintiff,<br><br>   v.<br><br>JEFF SESSIONS, Attorney General of the United States et al.,<br>      Defendants. | Civ. No. 17-2641 |

## **ORDER**

AND NOW, this \_\_\_\_ day of _____, 2018, it is hereby ORDERED that the parties' Joint Motion to Extend Deadline is hereby GRANTED.  The parties may file their responses to the outstanding summary judgment motions on or before November 13, 2018.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion and all accompanying papers were served by ECF and first-class mail, postage prepaid, this 2nd day of November, 2018 on:

>Joshua Prince, Esq.
>Adam Kraut, Esq.
>Prince Law Offices, P.C.
>646 Lenape Road
>Bechtelsville, PA 19505

      /s/ Anthony D. Scicchitano
ANTHONY D. SCICCHITANO
Assistant United States Attorney