# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br>Plaintiff,<br><br>v.<br><br>JEFF SESSIONS, Attorney General of the<br>United States et al.,<br>Defendants. | Civ. No. 17-2641 |

## ORDER

AND NOW, this 5th day of Nov., 2018, it is hereby ORDERED that the parties' Joint Motion to Extend Deadline is hereby GRANTED. The parties may file their responses to the outstanding summary judgment motions on or before November 13, 2018.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE