## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| **v.** | : | Honorable Robert F. Kelly |
| | : | |
| **JEFFERSON B. SESSIONS III,** *et al.* | : | |
| | : | |
| Defendants | : | |

### Supplemental Exhibit List to Plaintiff's Motion for Summary Judgment

**Exhibit L**:  Additional Excerpt from the Deposition of Edward A. Williams

**Exhibit M**:  Court Docket printed November 7, 2018

**Exhibit N**:  Excerpt from the Deposition of James Colosimo

**Exhibit O**:  February 12, 2015 Letter of Attorney Andrew Gay, Jr. to the PSP

# Exhibit L

**EDWARD A. WILLIAMS**

| | |
|---|---|
| 1 | A.    No. |
| 2 | Q.    Were you born in the United States? |
| 3 | A.    Yes. |
| 4 | Q.    Have you ever been in the Armed |
| 5 | Forces? |
| 6 | A.    No. |
| 7 | Q.    Have you ever been in the Reserves? |
| 8 | A.    No. |
| 9 | Q.    Have you ever renounced your United |
| 10 | States Citizenship? |
| 11 | A.    No. |
| 12 | Q.    Have you ever had a restraining |
| 13 | order against you? |
| 14 | A.    No. |
| 15 | Q.    Have you ever been charged with any |
| 16 | crime with respect to domestic violence? |
| 17 | A.    No. |
| 18 | Q.    Have you ever been investigated for |
| 19 | engaging in domestic violence at all? |
| 20 | A.    No. |
| 21 | Q.    More generally Mr. Williams, what |
| 22 | crimes have you been convicted of? |
| 23 | A.    That DUI. |
| 24 | Q.    The 2004 DUI? |
| 25 | A.    Yes. |

**EDWARD A. WILLIAMS**

1    Q.    Anything else?

2    A.    No.

3    

12   BY MR. SCICCHITANO:

13   Q.    Have you ever had any other charges

14   ever filed against you, even if they were

15   ultimately dismissed or not pursued?

16   A.    No.

17   Q.    Have you ever been arrested for

18   anything else?

19   A.    A retail theft.

20   Q.    When was that?

21   A.    In the '90s. '89 or '90.

22   Q.    How were those charges ultimately

23   handled?

24   A.    I had to pay a fine.

25   Q.    Were you found guilty of the retail

EDWARD A. WILLIAMS

1          A.      Yes.

2          Q.      In 2007?

3          A.      Yes.

4          Q.      Who completed the background check

5    for you?

6          A.      The State Police.

7          Q.      But was the Philadelphia Archery

8    and Gun Club, were they the ones --

9          A.      Yes, Michael.

10         Q.      Is it Michael Fusco; is that right?

11         A.      Correct.

12         Q.      Do you remember Mr. Fusco running

13   your background check at this time?

14         A.      Yes, I do.

15         Q.      What do you recall from the results

16   of the check?

17         A.      As you can see I was approved. I

18   waited about 15 minutes or so. They came back

19   with an approval number.

20         Q.      What happened to the Glock-23 that

21   you purchased?

22         A.      I eventually returned it back to

23   them once I found out that I was not supposed

24   to have it.

25         Q.      So that was around 2014/2015 you

EDWARD A. WILLIAMS

1          Q.     You understood that at the time
2     that you filled out that form; right?
3          A.     Yes.
4          Q.     Did you handle all the ATF
5     paperwork for Mr. Colosimo?
6          A.     No.
7          Q.     Who else handled it?
8          A.     Constance and sometimes Jerome.
9          Q.     Did Mr. Colosimo himself ever
10    handle it?
11         A.     Rarely.
12         Q.     Would you say that you were the one
13    that handled most of the ATF paperwork?
14         A.     No, Connie was.
15         Q.     Was there a particular type of ATF
16    paperwork that you handled?
17         A.     No, we did the same stuff.
18         Q.     It's just I guess you handled the
19    paperwork for whatever customers you were
20    dealing with at the time; is that right?
21         A.     Yes.
22         Q.     You worked there from 1994 until
23    2010; is that right?
24         A.     Correct.
25         Q.     Did you handle the ATF paperwork

EDWARD A. WILLIAMS

1    during that entire period of time?

2          A.    No, 1994 I started at the pistol

3    range. After a couple years, I slid down to the

4    store.

5          Q.    What's your best estimate as to

6    when you started handling the ATF paperwork?

7          A.    Probably in '96, '97.

8          Q.    Now as part of your duties with

9    respect to firearm and ammunition sales, can

10   you tell me what your duties and

11   responsibilities were in that respect?

12         A.    Individuals would come in,

13   interested in purchasing, verified that they

14   had a Pennsylvania driver's license or State

15   ID, fill out the paperwork.  Then in the old

16   days we mailed everything in. They did a check

17   and you would get a pack back from the Police

18   Department they're approved, they're approved,

19   they're approved. This person denied. This

20   person denied.

21               The Instant Check System

22   changed all that. We're allowed to make a phone

23   call and 90 percent, 95 percent of the time you

24   have an answer almost that same day.

25               If they were approved, we

EDWARD A. WILLIAMS

1   get an approval number. They get a copy of the

2   paperwork and then they're allowed to take the

3   firearm. If they were put into research, we

4   hold everything until we get an answer from

5   State Police.

6        Q.    With respect to the inventory for

7   firearm and ammunition, did you take care of

8   the inventory as well?

9        A.    Sometimes.

10       Q.    What do you mean by sometimes?

11       A.    Well, there's certain days that I

12   would need to order merchandise.  I'm

13   responsible for figuring out which firearms,

14   how much ammunition and then I contact our

15   dealers and place the order.

16       Q.    Did you physically handle the

17   firearms and ammunitions as part of your

18   responsibilities?

19       A.    Yes.

20       Q.    During this entire period of time

21   from 1994 to 2010?

22       A.    Yes.

23       Q.    I assume you are, but I'll ask

24   anyway, are you aware of Mr. Colosimo's

25   companies guilty plea with respect to the

EDWARD A. WILLIAMS

1   Federal Criminal Charges for falsifying ATF

2   paperwork?

3           A.    Yes.

4           Q.    What are you aware of?

5           A.    Short story, we were screwed out of

6   business by one individual who completed a few

7   store purchases.

8           Q.    Who was the individual; do you

9   recall?

10          A.    Connie.

11          Q.    One of the employees?

12          A.    Yes.

13          Q.    I misunderstood you. I thought you

14  meant a customer.

15          A.    No, not a customer.

16          Q.    So what's your understanding with

17  respect to the ATF paperwork that was at issue

18  in that a particular case that Constance was

19  the one who handled it?

20          A.    Correct.

21          Q.    Did you at any time handle the

22  paperwork that was at issue in those Federal

23  Criminal Charges?

24          A.    No.

25          Q.    Did you ever complete any of that

# Exhibit M

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0902161-2004**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 1 of 8

## CASE INFORMATION

| | |
|---|---|
| Judge Assigned: Gehret, Thomas F. | Date Filed: 09/07/2004   Initiation Date: 09/07/2004 |
| OTN: N 293062-0     LOTN: | Originating Docket No: |
| Initial Issuing Authority: | Final Issuing Authority: Thomas F. Gehret |
| Arresting Agency: Philadelphia Pd | Arresting Officer: PRICE, ALBERT A. |
| Complaint/Incident #: | |

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| Police Incident Number | 0414072018 |
| Legacy Docket Number | M0409021611 |
| Legacy Microfilm Number | 06024851 |
| District Control Number | 0414072018 |

## STATUS INFORMATION

| Case Status: | Closed | Status Date | Processing Status | Arrest Date: | 09/07/2004 |
|---|---|---|---|---|---|
| | | 06/15/2006 | Completed | | |
| | | 09/07/2004 | Migrated Case (Active) | | |
| | | | | Complaint Date: | 09/07/2004 |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Trial | 09/30/2005 | 8:30 am | 603 | | Scheduled |
| Sentencing | 12/15/2005 | 9:30 am | 200 | | Scheduled |
| Sentencing | 04/20/2006 | 9:30 am | 200 | | Scheduled |
| Sentencing | 05/03/2006 | 9:30 am | 200 | | Scheduled |
| Sentencing | 06/15/2006 | 9:30 am | 200 | | Scheduled |

## DEFENDANT INFORMATION

| Date Of Birth: | ■■■■■ | City/State/Zip: PHILA, PA 19141 |
|---|---|---|

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Williams, Edward |

## BAIL INFORMATION

**Williams, Edward**                                                                 **Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 09/07/2004 | ROR | | $0.00 | | |
| | | | | | Posted | 09/07/2004 |

## CHARGES

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0902161-2004**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 2 of 8

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|------|-----------|-------|---------|---------------------|-------------|-----|
| 1 | 1 | M2 | 75 § 3731 §§A5I* | Dr W/Bl Alc Lev .10% Or > W/In 3 Hrs | 09/07/2004 | N 293062-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition |
|------------|------------------|-------------------|
| Sequence/Description | Offense Disposition | Grade      Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

**Guilty**

| Migrated Dispositional Event | 06/15/2006 | Final Disposition | |
|------------------------------|------------|-------------------|---|
| 1 / Dr W/Bl Alc Lev .10% Or > W/In 3 Hrs | Guilty | M2 | 75 § 3731 §§ A5I* |
| Gehret, Thomas F. | 06/15/2006 | | |
| Confinement | Min of 90.00 Days | | |
| | Max of 2.00 Years | | |

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|--------------------------|----------------------|
| **Name:** Philadelphia County District Attorney's Office | **Name:** Fortunato N. Perri Jr. |
| Prosecutor | Private |
| **Supreme Court No:** | **Supreme Court No:** 052719 |
| **Phone Number(s):** | **Rep. Status:** Active |
| 215-686-8000      (Phone) | **Phone Number(s):** |
| **Address:** | 215-981-0999      (Phone) |
| 3 South Penn Square | **Address:** |
| Philadelphia, PA  19107 | McMonagle Perri Et Al |
| | 1845 Walnut St Fl 19 |
| | Philadelphia, PA  19103 |
| | Representing: Williams, Edward |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|-----------------|---------------|---------------|----------|
| 1 | 09/07/2004 | | Unknown Filer |
| PARS Transfer | | | |
| 2 | 09/07/2004 | | Migrated, Filer |
| MUNICIPAL COURT CASE CREATED | | | |
| MUNICIPAL COURT CASE CREATED | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0902161-2004**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 3 of 8

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/20/2004 | | Migrated, Filer |

MUNICIPAL COURT CONTINUANCE

LISTED FOR TRIAL
NEXT ACTION: TRIAL DATE: 12/06/04 TIME: 0830
ROOM 603 CJC, 1301 FILBERT ST
ATTORNEY WAS ADDED
NEW ATTORNEY: 75375 PERRI,JR, FORTUNATO

| 1 | 12/06/2004 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT CONTINUANCE

ADVANCE DEFENSE REQUEST
NEXT ACTION: TRIAL DATE: 01/14/05 TIME: 0830
ROOM 603 CJC, 1301 FILBERT ST
RULE RUN DATE, PREVIOUS: 03/06/05 NEW: 04/14/05

| 1 | 01/14/2005 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT CONTINUANCE

DEFENSE ATTORNEY UNPREPARED NEWLY APPOINTED/RETAINED
NEXT ACTION: TRIAL DATE: 03/14/05 TIME: 0830
ROOM 603 CJC, 1301 FILBERT ST
RULE RUN DATE, PREVIOUS: 04/14/05 NEW: 06/12/05

| 1 | 03/14/2005 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT CONTINUANCE

LISTED FOR TRIAL
NEXT ACTION: TRIAL DATE: 05/04/05 TIME: 0830
ROOM 603 CJC, 1301 FILBERT ST
ATTORNEY:  75375 PERRI,JR, FORTUNATO
SOURCE WAS: Q NOW: P

| 2 | 03/14/2005 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT CONTINUANCE

LISTED FOR TRIAL
NEXT ACTION: TRIAL DATE: 05/04/05 TIME: 0830
ROOM 603 CJC, 1301 FILBERT ST

| 1 | 05/04/2005 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT CONTINUANCE

LISTED FOR TRIAL
NEXT ACTION: TRIAL DATE: 07/14/05 TIME: 0830
ROOM 603 CJC, 1301 FILBERT ST

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



Docket Number: MC-51-CR-0902161-2004

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 4 of 8

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 07/14/2005 | | Migrated, Filer |

MUNICIPAL COURT CONTINUANCE

DEFENSE ATTORNEY ON TRIAL ELSEWHERE
NEXT ACTION: TRIAL DATE: 09/30/05 TIME: 0830
ROOM 603 CJC, 1301 FILBERT ST
RULE RUN DATE, PREVIOUS: 06/12/05 NEW: 08/29/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 09/30/2005 | | Migrated, Filer |
|---|---|---|---|

Migrated Automatic Registry Entry (Calendar) Text
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 2 | 09/30/2005 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT TRIAL RESULT

DRIVING UNDER INFLUENCE ALCOHOL/CONTRL SUB
VERDICT GUILTY SENT DEF/PRES REPT/PSCH/CRN
SENTENCE DEFERRED DATE: 12/15/05 ROOM: 200 TIME: 03:30
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 3 | 09/30/2005 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT TRIAL RESULT

MUNICIPAL COURT TRIAL RESULT
ROOM 603 CJC, 1301 FILBERT ST
TRIAL JUDGE:    HON. THOMAS F GEHRET
FINE: $0
COST: $0
RESTITUTION: $0
DEFENSE ATTORNEY: PERRI,JR, FORTUNATO (P)
TRIAL TYPE: WAIVER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 12/15/2005 | | Migrated, Filer |
|---|---|---|---|

Migrated Automatic Registry Entry (Calendar) Text
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 2 | 12/15/2005 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT TRIAL RESULT

DRIVING UNDER INFLUENCE ALCOHOL/CONTRL SUB
VERDICT GUILTY SENT DEF/PRES REPT/PSCH/CRN
SENTENCE DEFERRED DATE: 04/20/06 ROOM: 200 TIME: 03:30
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Printed: 11/07/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



Docket Number: MC-51-CR-0902161-2004

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 5 of 8

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 12/15/2005 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

MUNICIPAL COURT TRIAL RESULT
ROOM 200 CJC, 1301 FILBERT STREET
TRIAL JUDGE:   HON. THOMAS F GEHRET
SENTENCE JUDGE: HON. THOMAS F GEHRET
FINE: $0
COST: $0
RESTITUTION: $0
DEFENSE ATTORNEY: PERRI,JR, FORTUNATO (P)
CWOF
TRIAL TYPE: WAIVER

| 1 | 04/20/2006 | | Migrated, Filer |

Migrated Automatic Registry Entry (Calendar) Text

| 2 | 04/20/2006 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

MUNICIPAL COURT TRIAL RESULT
ROOM 200 CJC, 1301 FILBERT STREET
TRIAL JUDGE:   HON. THOMAS F GEHRET
SENTENCE JUDGE: HON. THOMAS F GEHRET
FINE: $0
COST: $0
RESTITUTION: $0
DEFENSE ATTORNEY: PERRI,JR, FORTUNATO (P)
CWOF
TRIAL TYPE: WAIVER

| 3 | 04/20/2006 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

DRIVING UNDER INFLUENCE ALCOHOL/CONTRL SUB
VERDICT GUILTY SENT DEF/PRES REPT/PSCH/CRN
SENTENCE DEFERRED DATE: 05/03/06 ROOM: 200 TIME: 03:30

| 1 | 05/03/2006 | | Migrated, Filer |

Migrated Automatic Registry Entry (Calendar) Text

CPCMS 9082

Printed: 11/07/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0902161-2004**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 6 of 8

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 05/03/2006 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

    DRIVING UNDER INFLUENCE ALCOHOL/CONTRL SUB
    VERDICT GUILTY SENT DEF/PRES REPT/PSCH/CRN
    SENTENCE DEFERRED DATE: 06/15/06 ROOM: 200 TIME: 03:30

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 3 | 05/03/2006 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT TRIAL RESULT

    MUNICIPAL COURT TRIAL RESULT
    ROOM 200 CJC, 1301 FILBERT STREET
    TRIAL JUDGE:   HON. THOMAS F GEHRET
    SENTENCE JUDGE: HON. THOMAS F GEHRET
    FINE: $0
    COST: $0
    RESTITUTION: $0
    DEFENSE ATTORNEY: PERRI,JR, FORTUNATO (P)
    CWOF
    TRIAL TYPE: WAIVER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 06/15/2006 | | Migrated, Filer |
|---|---|---|---|

  Migrated Automatic Registry Entry (Disposition) Text

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 2 | 06/15/2006 | | Migrated, Filer |
|---|---|---|---|

  Migrated Sentence

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 3 | 06/15/2006 | | Migrated, Filer |
|---|---|---|---|

  Migrated Automatic Registry Entry (Calendar) Text

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 4 | 06/15/2006 | | Migrated, Filer |
|---|---|---|---|

MUNICIPAL COURT TRIAL RESULT

    MUNICIPAL COURT TRIAL RESULT
    ROOM 200 CJC, 1301 FILBERT STREET
    TRIAL JUDGE:   HON. THOMAS F GEHRET
    SENTENCE JUDGE: HON. THOMAS F GEHRET
    FINE: $1,500
    COST: $180
    RESTITUTION: $0
    DEFENSE ATTORNEY: PERRI,JR, FORTUNATO (P)
    CWOF ***DEFENDANT TO SERVE SENTENCE ON HOUSE ARREST***
    TRIAL TYPE: WAIVER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Printed: 11/07/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0902161-2004**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 7 of 8

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 06/15/2006 | | Migrated, Filer |

MUNICIPAL COURT TRIAL RESULT

DRIVING UNDER INFLUENCE ALCOHOL/CONTRL SUB
VERDICT GUILTY SENTENCE IMPOSED
MINIMUM SENTENCE:    0 YEARS   0 MONTHS  90 DAYS
MAXIMUM SENTENCE:   2 YEARS   0 MONTHS   0 DAYS

| 6 | 06/15/2006 | | Migrated, Filer |

PROBATION FACE SHEET ENTRY

ADDED A DEFENDANT ADDRESS HISTORY RECORD

| 1 | 08/31/2007 | | Municipal Court - Philadelphia County |

DL-21CF to be Prepared

| 1 | 10/05/2009 | | Williams, Edward |

Return Case From Collection Agency - Monies Successfully Collected

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# MUNICIPAL COURT OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: MC-51-CR-0902161-2004**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Edward Williams

Page 8 of 8

## CASE FINANCIAL INFORMATION

Last Payment Date:   09/16/2009

Total of Last Payment:  -$250.00

**Williams, Edward**
Surety

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| State Court Costs (Act 204 of 1976) | $9.26 | -$9.26 | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $7.94 | -$7.94 | $0.00 | $0.00 | $0.00 |
| County Court Cost (Act 204 of 1976) | $25.80 | -$25.80 | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | -$35.00 | $0.00 | $0.00 | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | -$25.00 | $0.00 | $0.00 | $0.00 |
| Firearm Education and Training Fund | $5.00 | -$5.00 | $0.00 | $0.00 | $0.00 |
| Catastrophic Loss Fund (Act 24 of 1989) | $50.00 | -$100.00 | $50.00 | $0.00 | $0.00 |
| Judicial Computer Project | $8.50 | -$8.50 | $0.00 | $0.00 | $0.00 |
| ATJ | $1.50 | -$1.50 | $0.00 | $0.00 | $0.00 |
| CQS Fee Misdemeanor (Philadelphia) | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 |
| Collection Fee (Philadelphia) | $100.98 | -$100.98 | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $318.98 | -$368.98 | $50.00 | $0.00 | $0.00 |
| **Fines** | | | | | |
| Title 75, DUI (Motor License Fund) | $750.00 | -$750.00 | $0.00 | $0.00 | $0.00 |
| Title 75, DUI (Motor License Fund) | $750.00 | -$750.00 | $0.00 | $0.00 | $0.00 |
| Fines Totals: | $1,500.00 | -$1,500.00 | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $1,818.98 | -$1,868.98 | $50.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

EDWARD A. WILLIAMS,        :   CIVIL ACTION
                           :
          Plaintiff,       :
                           :
     vs.                   :
                           :
JEFF SESSIONS, ET AL.,     :
                           :
          Defendants.      :   NO.  17-CV-2641

- - -

Oral deposition of JAMES J. COLOSIMO,

██████████████████████████████████████

████████ Philadelphia, Pennsylvania, on June, 5,

2018, beginning at approximately 1:56 p.m., before

Elizabeth Kelly, Professional Reporter and Notary

Public in and of the Commonwealth of Pennsylvania.

- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey  08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

JAMES J. COLOSIMO

```
 1        Q    Okay.  Did Mr. Williams ever communicate
 2   to you any criminal history that he had?
 3        A    No.
 4        Q    Did he ever inform you about a DUI
 5   conviction that he had on his record?
 6        A    Yes.
 7        Q    When did he tell you that?
 8        A    I don't recall.
 9        Q    Was it recently, or was it while he was
10   employed for the company?
11        A    I don't recall.
12        Q    Do you recall what it is that he told you
13   about the DUI conviction?
14        A    Had a DUI.
15        Q    Whenever he told you about the DUI
16   conviction, did he tell you anything about whether
17   he could remain employed and possess firearms?
18        A    It was checked out by ATF and by the City,
19   and they said it was okay.  They were -- right
20   across the street from the City, and ATF was in
21   there every two weeks.  And they knew about it.
22        Q    Let's talk about that a little bit.
23             What do you recall about ATF learning
24   about Mr. Williams's DUI conviction?
25        A    Nothing, except it was all right.  They
```

JAMES J. COLOSIMO

1    didn't say fire him.  They didn't say he couldn't

2    work there.

3         Q    To your recollection, how do recall ATF

4    becoming aware of his DUI conviction?

5         A    ATF was in my place every week.  They were

6    aware of everything.

7         Q    But how did they become aware of the

8    particular DUI conviction?  Did Mr. Williams tell

9    them about it, or did it come back on a background

10   check?  Do you recall?

11        A    I don't know.

12        Q    Well, then how do you know that ATF knew

13   about it?

14        A    Because I inquired on it.

15        Q    Okay.  You inquired with ATF?

16        A    Yes.

17        Q    And who did ask?  One of the ATF agents?

18        A    Oh, I don't remember.

19        Q    I'm not asking for individual names.

20        A    Oh, I mean, you know, you're going back

21   years now.

22        Q    Unfortunately, yes, sorry.  I guess, what

23   I'm understanding then is you inquired with an ATF

24   employee, whoever they were, whatever their name

25   was, about the nature of Mr. Williams's conviction

JAMES J. COLOSIMO

| | |
|---|---|
| 1 | and his eligibility for employment at the company; |
| 2 | is that right? |
| 3 | A    Yes. |
| 4 | Q    Okay.  But you don't recall specifically |
| 5 | when that was? |
| 6 | A    No. |
| 7 | Q    And you don't recall who at ATF you talked |
| 8 | to; right? |
| 9 | A    Whoever the agent was at that time. |
| 10 | Q    Okay.  Did the agent indicate to you that |
| 11 | they had conducted a background check on |
| 12 | Mr. Williams? |
| 13 | A    He was allowed to work. |
| 14 | Q    No, that's not my question. |
| 15 | A    What is your question? |
| 16 | Q    My question is whether the ATF agent |
| 17 | indicated to you that they conducted a background |
| 18 | check on Mr. Williams? |
| 19 | A    Yes. |
| 20 | Q    And what did they say to you about the |
| 21 | background check? |
| 22 | A    I don't remember. |
| 23 | (Discussion was held off the record.) |
| 24 | BY MR. SCICCHITANO: |
| 25 | Q    Do you recall whether ATF gave you any |

JAMES J. COLOSIMO

1    to go back to my question just to make sure you
2    understood it correctly.  I don't want you to be
3    confused at all.  I think we already agreed that you
4    became aware of Mr. Williams's DUI conviction while
5    he was employed for you?
6        A    Yes.
7        Q    Okay.  And my question is, you know, it
8    sounded like Mr. Williams, at some point, told you
9    that he was also -- understood that he was
10   prohibited from owning a firearm; is that right?
11       A    Well, I don't know whether he -- exactly
12   if he was -- couldn't own it.  I knew he owned them.
13   I don't know whether he turned them in or why --
14       Q    Yeah, I'm not asking -- and I'll get to --
15       A    Well, what are you asking?  I'm not clear.
16       Q    I'm asking whether Mr. Williams told you
17   that he understood that he could not own a firearm?
18       A    No.
19       Q    Oh, he didn't tell you.
20       A    I don't understand what you're asking.
21            MR. SCICCHITANO:  Would there be a more
22       helpful way to phrase this?
23            THE WITNESS:  What is he asking?
24            MR. DEL COLLO:  I think he answered it.
25            MR. SCICCHITANO:  Well, I know, but we're

**JAMES J. COLOSIMO**

1    Q    Okay.  Were your employees expected to
2  understand the form?
3    A    Positively.
4    Q    Okay.  Were your employees expected to
5  understand what causes -- what type of criminal
6  convictions cause someone to become prohibited?
7    A    Well, it was right on the form.
8    Q    Okay.  So if someone didn't understand
9  what was on the form, your employees weren't
10  expected to know whether or not they were or were
11  not prohibited from purchasing or possessing
12  firearms or ammunition?
13    A    I don't understand that question.  I don't
14  get what you're saying now.
15    Q    Did your employees rely on the response
16  from the Pennsylvania State Police as to whether or
17  not someone was or was not prohibited?
18    A    Yes.
19    Q    Okay.  So they were not -- your employees
20  were not responsible for knowing whether or not a
21  potential purchaser or transferrer was a prohibited
22  person; correct?
23    A    By the answer that he put down on there.
24    Q    Okay.
25    A    If he lied, they wouldn't know.

# Exhibit O