# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. WILLIAMS | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | Honorable Robert F. Kelly |
| | : | |
| JEFFERSON B. SESSIONS III, *et al.* | : | |
| | : | |
| Defendants | : | |

## DECLARATION OF ROBERT M. GORDON, Ph.D., ABPP

I, Robert M. Gordon, Ph.D., ABPP, am competent to state and declare that I drafted the expert report that has been submitted in this matter as Exhibit J to Plaintiff's Second Motion for Summary Judgment and that, pursuant to the penalty of perjury, everything in that report is true and correct to the best of my information, knowledge and belief.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: November 14, 2018

_____
Robert Gordon, Ph.D., ABPP