# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| EDWARD A. WILLIAMS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 17-2641 |
| WILLIAM P. BARR, Attorney General of the United States, THOMAS E. BRANDON, Deputy Director and Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation, and UNITED STATES OF AMERICA, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of April, 2019, upon consideration of Plaintiff Edward A. Williams' ("Williams") Second Motion for Summary Judgment, and Defendants William P. Barr (Attorney General of the United States), Thomas E. Brandon (Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives), Christopher A. Wray (Director of the Federal Bureau of Investigation), and the United States of America's (collectively, the "Government") Motion for Summary Judgment, and all of the responses and replies to the respective motions, it is hereby **ORDERED** that:

1. Williams' Motion (Doc. No. 29) is **DENIED**;
2. the Government's Motion (Doc. No. 30) is **GRANTED**; and
3. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE