AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Edward A. Williams<br><br>v.<br>William P. Barr, Attorney General of the United States et al. | )<br>)<br>)  Case No.: 17-2641<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/01/2019__ against __Plaintiff Edward A. Williams__,
                                                                 *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 320.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 607.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 183.45 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 1,110.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service       [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:   __Anthony D. Scicchitano__

Name of Attorney: __Anthony D. Scicchitano, Asst. U.S. Attorney__

For: __Defendants__                                                                   Date: __04/15/2019__
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br>    Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR, Attorney General of the United States; THOMAS E. BRANDON, Deputy Director and Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation; and the UNITED STATES OF AMERICA,<br>    Defendants. | CIVIL ACTION<br><br>No. 17-2641 |

**DEFENDANTS' ITEMIZED BILL OF COSTS FOLLOWING DISTRICT COURT JUDGMENT IN FAVOR OF DEFENDANTS AND DECLARATION IN SUPPORT**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, and Local Rule 54.1, with Judgment entered by the district court on April 1, 2019 in favor of Defendants (Doc. 44), Defendants William P. Barr, Attorney General of the United States; Thomas E. Brandon, Deputy Director and Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; Christopher A. Wray, Director of the Federal Bureau of Investigation; and the United States of America request that the Clerk tax **$1,110.90** in costs and include it in the Judgment against Plaintiff Edward A. Williams as follows:

**ITEMIZED BILL OF COSTS**

I.    **Fees for service of subpoenas**

    1.    May 31, 2018, Dennis Richman Services, personal service of subpoena on non-party James J. Colosimo ................................................. $75.00

    2.    April 29, 2018, Dennis Richman Services, personal service of subpoena on non-party James J. Colosimo ................................................. $60.00

3. March 2, 2018, Dennis Richman Services, personal service of
subpoena on non-party PA State Police ............................................................$185.00

*Subtotal: $320.00*

II. **Fees for transcripts**

1. May 8, 2018 Deposition of Edward A. Williams.........................................$399.50

2. June 5, 2018 Deposition of James J. Colosimo ...........................................$207.95

*Subtotal: $607.45*

III. **Fees for printing, copying, and exemplification of materials**

1. Exhibits in support of Defendants' September 14, 2017 Motion to Dismiss, courtesy copy to Judge Kelly
(44 pp. @ $0.15/pg. x 1 copy) ........................................................................$6.60

2. Exhibits in support of Defendants' October 26, 2018 Motion for Summary Judgment, courtesy copy to Judge Kelly, service, and file copies
(393 pp. @ $0.15/pg. x 3 copies).................................................................$176.85

*Subtotal: $183.45*

**TOTAL:   $1,110.90**

2

## DECLARATION IN SUPPORT OF ITEMIZED BILL OF COSTS

Undersigned counsel is an attorney of record for Defendants William P. Barr, Attorney General of the United States; Thomas E. Brandon, Deputy Director and Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; Christopher A. Wray, Director of the Federal Bureau of Investigation; and the United States of America.

1. Undersigned counsel has personal knowledge of the conduct of this litigation and the facts stated herein.

2. On April 1, 2019, the district court granted summary judgment in favor of the defendants and against plaintiff Edward A. Williams, (Doc. 44).

3. During the district court litigation of this matter, the defendants paid for transcripts of depositions, paid for service of subpoenas on third-parties, and made copies of documents used as exhibits. The depositions listed above in the itemized bill of costs were all necessary for the defendants' development of its case and its defenses asserted in pleadings and on summary judgment. Similarly, all copies of documents obtained and subpoenas on third parties were necessary for the defendants' development of its case and its defenses in pleadings and on summary judgment. All expenses listed herein are within the ambit of Federal Rule of Civil Procedure 54(d) and Local Rule 54.1(c).

4. In addition, the defendants made necessary copies of documents filed with the district court (not including original copies of briefs filed with the clerk through ECF). The Honorable Robert F. Kelly, United States District Judge, asks parties to provide courtesy copies of motions and exhibits to his chambers. *See* Policies and Procedures of the Honorable Robert F. Kelly, at 3; *e.g., Shlikas v. Sallie Mae, Inc.*, 2011 WL 5825660, at *2-3 (D. Md. Nov. 16, 2011) (allowing copy costs for required courtesy copies for the judge under 28 U.S.C. § 1920).

However, defendants are requesting reimbursement only for the copies made of all *exhibits* attached to defendants' motions or responses; not copies of motion papers themselves.

5. The United States is seeking reimbursement for these copying costs of exhibits. An appropriate cost taxed for all copies is $0.15 per page. *See, e.g.*, *Langbord v. U.S. Dep't of the Treas.*, 2017 WL 3953954, at *4 (E.D. Pa. July 10, 2017) (granting United States' request for $0.15 per page (citing *Interfaith Cmty. Org. v. Honeywell Int'l, Inc.*, 426 F.3d 694, 717 (3d Cir. 2005))).

6. Attached are true and correct copies of the invoices and other documentation supporting the above costs. All invoices were submitted to and paid by the U.S. Attorney's Office for the Eastern District of Pennsylvania.

7. The costs indicated on the Bill of Costs are correct and were actually and necessarily incurred in the case. The services for fees charged are correct and were actually and necessarily performed.

8. Undersigned counsel declares under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

*Susan R. Becker for GBD*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Anthony D. Scicchitano*
ANTHONY D. SCICCHITANO
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8380
anthony.scicchitano@usdoj.gov

Dated: April 15, 2019

## CERTIFICATE OF SERVICE

I certify that, on this date, I caused a copy of the foregoing Defendants' Bill of Costs and its supporting documentation to be served by the ECF System on:

>Adam Kraut, Esquire
>Joshua Prince, Esquire
>Prince Law Offices, P.C.
>646 Lenape Road
>Bechtelsville, PA 19505

Dated: April 15, 2019

ANTHONY D. SCICCHITANO
Assistant United States Attorney

**Supporting Documents for Bill of Costs**

**Dennis Richman's Services**
for the Professional, Inc.
1500 John F. Kennedy Blvd. Suite #1706 Philadelphia, PA 19102
Phone: (215) 977-9393   Fax: (215) 977-9806
Web: www.dennisrichman.com
E-Mail dennis@dennisrichman.com

TAX ID: 23-2124873

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| AS17 | June 04, 2018 | P156838 |

SOP 7-27-18

2018 JUN -6 P 1:24

JUN 0 6 2018
IN FINANCE

File No:
Servee: James J. Colosimo
Case No: 17-CV-2641
Plaintiff: Edward A. Williams
Defendant: Jeff Sessions, Attorney General of the United States, et al.

Bill To:
Anthony D. Scicchitano, AUSA
U.S. Department of Justice
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Documents: Subpoena;

PAID   UPAE1805518Y

| DESCRIPTION OF SERVICES RENDERED | AMOUNT |
|---|---|
| Expedited Service in Philadelphia | 75.00 |

I certify that these goods and services have been received

See attached email  6-20-18
Signature    Date

APPROVED FOR PAYMENT
Bradley M. Ball   6/27/2010
Authorized Certifying Officer   Date

Service Upon: James J. Colosimo

Completed on 5/31/2018

| | TOTAL DUE | $ 75.00 |
|---|---|---|

- - - - - - - PLEASE DETATCH HERE, Return this stub with your payment.
FOR YOUR CONVIENCE, This stub will fit in a window for easy mailing.

Paid
EFT Date  7/2/2018
Voucher # UPAE18055184

Remit To:
**Dennis Richman's Services**
PO BOX 203
Morrisville, PA 19067

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| AS17 | June 04, 2018 | P156838 |

| TOTAL DUE: | $ 75.00 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Dennis Richman's Services

THANK YOU!!! We appreciate the opportunity to be of service.
TERMS: All payments are DUE UPON RECEIPT.
All payments over 25 days are subject to additional fees.

**Dennis Richman's Services**
for the Professional, Inc.
1500 John F. Kennedy Blvd. Suite #1706 Philadelphia, PA 19102
Phone: (215) 977-9393   Fax: (215) 977-9806
Web: www.dennisrichman.com
E-Mail dennis@dennisrichman.com

TAX ID: 23-2124873

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| AS17 | April 30, 2018 | P155688 |

MAY 0 2 2018
RECEIVED IN FINANCE

File No:
Servee: James J. Colosimo
Case No: 17-CV-2641
Plaintiff: Edward A. Williams
Defendant: Jeff Sessions, Attorney General of the United States, et al.

Bill To:
Anthony D. Scicchitano, AUSA
U.S. Department of Justice
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Documents: Subpoena;

PAID  UPAG1804 21 34

| DESCRIPTION OF SERVICES RENDERED | AMOUNT |
|---|---|
| Standard Service - Philadelphia | 60.00 |

I certify that these goods and services have been received
Signature: See attached email   Date: 4/30/2018

APPROVED FOR PAYMENT
Authorized Certifying Officer: Jeanne Corne Kane   Date: 5/4/18

Service Upon: James J. Colosimo
Completed on 4/29/2018

| | TOTAL DUE | $ 60.00 |

-----

PLEASE DETACH HERE, Return this stub with your payment.
FOR YOUR CONVIENCE, This stub will fit in a window for easy mailing.

Paid
EFT Date  5/9/2018
Voucher #  UPAG 18042134

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| AS17 | April 30, 2018 | P155688 |

TOTAL DUE:  $ 60.00

Remit To:
**Dennis Richman's Services**
PO BOX 203
Morrisville, PA 19067

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  Dennis Richman's Services

THANK YOU!!! We appreciate the opportunity to be of service.
TERMS:  All payments are DUE UPON RECEIPT.
All payments over 25 days are subject to additional fees.

**Dennis Richman's Services**
for the Professional, Inc.
1500 John F. Kennedy Blvd. Suite #1706 Philadelphia, PA 19102
Phone: (215) 977-9393   Fax: (215) 977-9806
Web: www.dennisrichman.com
E-Mail dennis@dennisrichman.com

TAX ID: 23-2124873

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| AS17 | March 06, 2018 | P153725 |

US DEPT. OF JUSTICE
ED DISTRICT OF PA

2018 MAR -8  A 8:55

File No:
Servee: Commissioner of the Pennsylvania State Police (Records Custodian)
Case No: 17-CV-2641
Plaintiff: Edward A. Williams
Defendant: Jeff Sessions, Attorney General of the United States, et al.

**Bill To:**
Anthony D. Scicchitano, AUSA
U.S. Department of Justice
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Documents: Subpoena;

PAID  UPAE1803248/

| DESCRIPTION OF SERVICES RENDERED | AMOUNT |
|---|---|
| Expedited Service in Harrisburg, PA | 185.00 |

I certify that these goods and services have been received

See attached email    3/2/2018
Signature              Date

RECEIVED MAR 08 2018 IN FINANCE

APPROVED FOR PAYMENT
[signature] 3/15/18
Authorized Certifying Officer   Date

Service Upon: Commissioner of the Pennsylvania State Police (Records Custodian)
Completed on 3/2/2018

TOTAL DUE    $ 185.00

---

PLEASE DETATCH HERE, Return this stub with your payment.
FOR YOUR CONVIENCE, This stub will fit in a window for easy mailing.

**Paid**
EFT Date 3/23/18
Voucher # UPAE1803248/

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| AS17 | March 06, 2018 | P153725 |

TOTAL DUE:   $ 185.00

Remit To:
**Dennis Richman's Services**
**PO BOX 203**
**Morrisville, PA 19067**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO  Dennis Richman's Services

THANK YOU!!! We appreciate the opportunity to be of service.
TERMS: All payments are DUE UPON RECEIPT.
All payments over 25 days are subject to additional fees.

# INVOICE

**SUMMIT COURT REPORTING, INC.**
1500 Walnut Street
Suite 1610
Philadelphia, PA  19102
Phone:(215) 985-2400   Fax:(215) 985-2420

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71370 | 5/30/2018 | 43195 |
| **Job Date** | **Case No.** | |
| 5/8/2018 | | |

**Case Name**

Edward Williams v. Jeff Sessions

**Payment Terms**

Net 30 Days or 1.5% interest charged.

ANTHONY SCICCHITANO, ESQUIRE
US Attorney's Office - Philadelphia
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106

RECEIVED JUN 05 2018 IN FINANCE

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT/INDEX OF:

| | | |
|---|---|---|
| Edward A. Williams | 105.00 Pages | 315.00 |
| Exhibit Copies $.25/pg | 138.00 | 34.50 |
| Appearance | | 50.00 |
| | **TOTAL DUE >>>** | **$399.50** |

\* FREE MINI & FREE E-TRANSCRIPT PROVIDED *  FREE DELIVERY *
Thank you.  We appreciate your business!
Call on Summit for all of your Deposition, Video & Videoconference needs... 24/7 worldwide service.
Terms: Payments in full due within 30 days of receipt of invoice.  After 30 days, interest and/or late fees may accrue at 1.5%.

I certify that these goods and services have been received
See attached email    6/8/18
Signature                          Date

APPROVED FOR PAYMENT
Bradley M. Ball  6/13/18
Authorized Certifying Officer   Date

**PAID**  UPAE1805135I

Tax ID: 23-2746102                    Phone: 215-861-8200   Fax: 215-861-8618

*Please detach bottom portion and return with payment.*

---

ANTHONY SCICCHITANO, ESQUIRE
US Attorney's Office - Philadelphia
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106

Paid
EFT Date  6/21/2018
Voucher # UPAE1805135I

| | | |
|---|---|---|
| Invoice No. | : | 71370 |
| Invoice Date | : | 5/30/2018 |
| **Total Due** | : | **$399.50** |
| Job No. | : | 43195 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Edward Williams v. Jeff Sessions |

Remit To:  **SUMMIT COURT REPORTING, INC.**
**1500 Walnut Street**
**Suite 1610**
**Philadelphia, PA  19102**

# INVOICE

SUMMIT COURT REPORTING, INC.
1500 Walnut Street
Suite 1610
Philadelphia, PA  19102
Phone:(215) 985-2400   Fax:(215) 985-2420

SDP 7-27-18

RECEIVED JUN 19 2018 IN FINANCE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71729 | 6/19/2018 | 43453 |

| Job Date | Case No. |
|---|---|
| 6/5/2018 | |

**Case Name**

Edward Williams v. Jeff Sessions

ANTHONY SCICCHITANO, ESQUIRE
US Attorney's Office - Philadelphia
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106

PAID UPAEI8066263

**Payment Terms**

Net 30 Days or 1.5% interest charged.

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT/INDEX OF:

   James J. Colosimo                                                           67.00 Pages           207.70

      Exhibit Copies $.25/pg                                                            0.25

                                                                        **TOTAL DUE  >>>**      **$207.95**

\* FREE MINI & FREE E-TRANSCRIPT PROVIDED * FREE DELIVERY *
Thank you.  We appreciate your business!
Call on Summit for all of your Deposition, Video & Videoconference needs... 24/7 worldwide service.
Terms: Payments in full due within 30 days of receipt of invoice.  After 30 days, interest and/or late fees may accrue at 1.5%.

I certify that these goods and services
have been received

_____See attached email_____
Signature                                  Date

APPPOVED FOR PAYMENT

_Bridget M. Barrue  6/20/28_
Authorized Certifying Officer     Date

Tax ID: 23-2746102                                                                                               Phone: 215-861-8200  Fax:215-861-8618

*Please detach bottom portion and return with payment.*

---

ANTHONY SCICCHITANO, ESQUIRE
US Attorney's Office - Philadelphia
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106

**Paid**
EFT Date _7/12/2018_
Voucher # _UPAEI8055253_

| | | |
|---|---|---|
| Invoice No. | : | 71729 |
| Invoice Date | : | 6/19/2018 |
| **Total Due** | : | **$207.95** |

| | | |
|---|---|---|
| Job No. | : | 43453 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Edward Williams v. Jeff Sessions |

Remit To:   **SUMMIT COURT REPORTING, INC.**
               **1500 Walnut Street**
               **Suite 1610**
               **Philadelphia, PA  19102**