# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | Honorable Robert F. Kelly |
| | : | |
| **WILLIAM BARR,** *et al.* | : | |
| Defendants | : | |

## DECLARATION IN SUPPORT OF OBJECTIONS TO DEFENDANTS' BILL OF COSTS

Undersigned counsel is an attorney of record for Plaintiff Edward A. Williams.

1. Undersigned counsel has personal knowledge of the conduct of this litigation, the facts stated herein, as well as, having been counsel of record for the Plaintiffs in *Miller v. Sessions, et al.*, 2:17-cv-02627-ER (E.D. Pa 2019); *Holloway v. Sessions, et al.*, 1:17-cv-00081-CCC (M.D. Pa 2018); *Franklin v. Lynch, et al.*, 3:16-cv-00036-KRG (W.D. Pa 2017); *Keyes, et al. v. Lynch, et al.*, 1:15-cv-00457-JEJ (M.D. Pa 2017).

2. On April 1, 2019, the Court granted summary judgment for the Defendants. *See* Doc. 44.

3. Defendants filed a bill of costs on April 15, 2019. *See* Doc. 45.

4. At the beginning of this litigation, Undersigned notified Defendants' counsel

1

that Plaintiff's counsel would accept electronic copies of all documents and that Defendants did not need to send paper copies.

5. Undersigned has litigated numerous matters with the Pennsylvania State Police, where the Pennsylvania State Police has been both a Defendant and tangentially involved (*i.e.* challenges by a committee to a mental health commitment) and to the best of his recollection, knowledge and belief, the Pennsylvania State Police have always accepted service, without requiring formal service.

6. To the best of his information, knowledge and belief, the Undersigned does not believe that Mr. James J. Colosimo or the Pennsylvania State Police ever refused to accept service or otherwise required formal service.

7. Undersigned counsel declares under penalties of perjury that the foregoing is correct to the best of his recollection, knowledge and belief.

Respectfully Submitted,

_____
Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)

Attorney for Plaintiff
