# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br>　　Plaintiff,<br><br>　　v.<br><br>WILLIAM P. BARR, Attorney General of the United States; THOMAS E. BRANDON, Deputy Director and Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation; and the UNITED STATES OF AMERICA,<br>　　Defendants. | CIVIL ACTION<br><br>No. 17-2641 |

## REPLY TO PLAINTIFF'S OBJECTIONS TO DEFENDANTS' BILL OF COSTS

In reply to plaintiff's objections to defendants' bill of costs, defendants note for the Court that they do not oppose plaintiff's proposal to withhold a decision on defendants' bill of costs until plaintiff's time for appeal has expired or, if plaintiff does appeal, the Court of Appeals renders a decision on that appeal. Upon completion of that additional period of time, defendants will submit arguments in response to plaintiff's specific objections to the proposed bill of costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WILLIAM M. McSWAIN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*Susan R. Becker for GBD*
　　　　　　　　　　　　　　　　　　GREGORY B. DAVID
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　ANTHONY D. SCICCHITANO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　615 Chestnut Street, Suite 1250
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　(215) 861-8380
Dated: April 23, 2019　　　　　　　anthony.scicchitano@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on this date, I caused a copy of the foregoing Reply to Plaintiff's Objections to Defendants' Bill of Costs to be served by the ECF System on:

>Adam Kraut, Esquire
>Joshua Prince, Esquire
>Prince Law Offices, P.C.
>646 Lenape Road
>Bechtelsville, PA 19505

Dated: April 23, 2019

ANTHONY D. SCICCHITANO
Assistant United States Attorney