## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| **v.** | : | Honorable Robert F. Kelly |
| | : | |
| **WILLIAM BARR,** *et al.* | : | |
| | : | |
| Defendants | : | |

## PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT

Plaintiff, by and through his counsel, move this Honorable Court to alter or amend its April 1, 2019 Order (ECF Doc. 44) pursuant to Fed. R. Civ. P. 59(e). The accompanying memorandum of law is submitted in support of this motion. A supporting brief and order are attached hereto in accordance with the Court's Local Rules.

Respectfully Submitted,

Adam Kraut, Esq.
Attorney Id. No. 318482
AKraut@PrinceLaw.com

Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com

Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)

Attorneys for Petitioner