**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EDWARD A. WILLIAMS,
    Plaintiff,

       v.

WILLIAM P. BARR et al.,
    Defendants.

Civil Action No. 17-2641

**ORDER**

AND NOW, this 24th day of _____May_____, 2019, upon consideration of

Plaintiff Edward A. Williams' ("Williams") Motion to Alter or Amend Judgment, and the

response and any reply thereto, it is hereby **ORDERED** that:

Williams' Motion (Doc. No. 48) is **DENIED.**

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE