# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | Honorable Robert F. Kelly |
| | : | |
| **JEFFERSON B. SESSIONS III,** *et al.* | : | |
| | : | |
| Defendants | : | |

## Notice of Appeal

PLEASE TAKE NOTICE that Plaintiff Edward A. hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's Order entered on May 24, 2019 [ECF Doc. 50].

Dated: July 23, 2019                                                                 Respectfully submitted,

/s/ Joshua Prince_____                                    /s/ Adam Kraut_____
Joshua Prince, Esq.                                                    Adam Kraut, Esq.
I.D. #306521                                                              I.D. # 318482
Prince Law Offices, P.C.                                          Prince Law Offices, P.C.
646 Lenape Rd                                                          646 Lenape Rd
Bechtelsville, PA 19505                                           Bechtelsville, PA 19505
610-845-3803 (t)                                                       610-845-3803 (t)
610-845-3903 (f)                                                       610-845-3903 (f)
Joshua@princelaw.com                                            AKraut@princelaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Joshua Prince, Esq., of Prince Law Offices, P.C. hereby certify that I served a copy of the *Notice of Appeal* through the Court's ECF system, as follows:

Anthony D. Scicchitano
Anthony.Scicchitano@usdoj.gov

**Prince Law Offices, P.C.**

Date: July 23, 2019                                   By:

_____
Joshua Prince, Esq.
Attorney Id. No. 306521
Prince Law Offices, P.C.
646 Lenape Rd.
Bechtelsville, PA 19505
610-845-3803 ext 81114
610-845-3903        (fax)
Joshua@princelaw.com