UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 19-2694

EDWARD A. WILLIAMS,
Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
DIRECTOR BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES;
DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION;
UNITED STATES OF AMERICA

(D.C. Civ. No. 2-17-cv-02641)

ORDER

Before: GREENAWAY, JR., KRAUSE, and PHIPPS, *Circuit Judges*

In light of the granting of the petition for rehearing by the panel and vacatur of the panel opinion, the District Court's judgment is vacated, and this case is remanded to the District Court for reconsideration in light of the United States Supreme Court's decision in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen,* 142 S. Ct. 2111 (2002). Each party to bear its own costs and fees.

BY THE COURT,

s/ *Peter J. Phipps*
Circuit Judge

Date: August 18, 2022

Tmm/cc: All Counsel of Record