IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KREDWARD A. WILLIAMS** : | CIVIL ACTION |
| v. : | |
| **JEFF SESSIONS, et al.** : | NO.: 17-cv-2641 |

## O R D E R

**AND NOW**, this 19th day of **AUGUST, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Robert F. Kelly to the calendar of the Honorable John M. Younge for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

/s/GEORGE WYLESOL_____
GEORGE WYLESOL
Clerk of Court