IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>       Plaintiff,<br><br>       v.<br><br>MERRICK B. GARLAND,<br>*Attorney General of the United States*,<br><br>STEVEN M. DETTELBACH,<br>*Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives*,<br><br>CHRISTOPHER WRAY,<br>*Director of the Federal Bureau of Investigation*, and<br><br>UNITED STATES OF AMERICA,<br><br>       Defendants.[1] | Civil Action No. 17-CV-2641 |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Taisa M. Goodnature, Trial Attorney, United States Department of Justice, Civil Division, Federal Programs Branch, on behalf of Defendants in this action.

Dated: September 9, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

---

[1] Hon. Merrick B. Garland became Attorney General of the United States on March 11, 2021. Steven M. Dettelbach became Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives on July 13, 2022. Christopher Wray became Director of the Federal Bureau of Investigation on August 2, 2017. Accordingly, they are automatically substituted as Defendants in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

/s/ Taisa M. Goodnature
TAISA M. GOODNATURE
New York Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*