IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. WILLIAMS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-2641-JMY |
| JESS SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.* | : | |

**ORDER FOR CONFERENCE (VIDEO)**

**AND NOW**, this 15th day of September, 2022, it is **ORDERED** that a conference with the Court will be held on **Thursday, October 6, 2022, at 3:00 p.m**.  Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

**BY THE COURT:**


 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**