IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. WILLIAMS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-2641 |
| | : | |
| JEFF SESSIONS, ATTORNEY GENERAL | : | |
| OF THE UNITED STATES, et al. | : | |
| Defendants. | : | |

## SCHEDULING ORDER

**AND NOW**, this 11th day of October, 2022, upon agreement of the parties following the

October 6, 2022 status conference, it is hereby **ORDERED** as follows:

1.　　The parties shall comply with the following deadlines:

   a.　All motions for summary judgment shall be filed no later than **Tuesday, December 6, 2022.**

   b.　Responses to such motions for summary judgment shall be filed no later than **Friday, January 13, 2023.**

   c.　Replies to the responses to such motions for summary judgment shall be filed no later than **Wednesday, February 1, 2023.**

2.　　Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge


**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**