UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 19-2694

EDWARD A. WILLIAMS,
   Appellant

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA;
DIRECTOR BUREAU OF ALCOHOL TOBACCO FIREARMS & EXPLOSIVES;
DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION;
UNITED STATES OF AMERICA

(D.C. Civ. No. 2-17-cv-02641)

SUR PETITION FOR PANEL REHEARING

Present: GREENAWAY, JR., KRAUSE, and PHIPPS, *Circuit Judges*

The petition for rehearing filed by Petitioner in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted, and the opinion and judgment of this Court are vacated. In light of the vacatur of the panel opinion, no

further action on the pending petition for rehearing en banc is required. *See* 3d Cir. I.O.P. 9.5.7.

        BY THE COURT,

        s/ *Peter J. Phipps*
        Circuit Judge

Date: August 18, 2022
Tmm/cc: All Counsel of Record

**Certified as a true copy and issued in lieu of a formal mandate on** October 12, 2022

**Teste:** *(signature)*
**Clerk, U.S. Court of Appeals for the Third Circuit**