IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND et al.,<br><br>Defendants.[1] | Civil Action No. 17-CV-2641 |

**ORDER**

AND NOW, this _____ day of _____, 20___, upon consideration of Defendants' Renewed Motion for Summary Judgment, all supporting documents, and any responses hereto, it is hereby ORDERED that the Defendants' Motion is GRANTED. Summary judgment is entered in favor of Defendants and against Plaintiff Edward A. Williams.

The Clerk of the Court shall mark this case CLOSED.

IT IS SO ORDERED.

BY THE COURT:

_____
JUDGE JOHN MILTON YOUNGE
UNITED STATES DISTRICT JUDGE

---

[1] Hon. Merrick B. Garland, Steven M. Dettelbach, and Christopher Wray are automatically substituted as Defendants in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. *See* ECF No. 55 at 1 n.1.