## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** : | | |
| Plaintiff : | Civil Action No. 17-CV-2641 | |
| : | | |
| **v.** : | | |
| : | | |
| **MERRICK GARLAND,** *et al.* : | Judge John Milton Younge | |
| Defendants. : | | |

## ORDER

**AND NOW**, this _____ day of _____, 20___, upon consideration of Plaintiff's Second Motion for Summary Judgment and supporting Memorandum of Law, as well as any response thereto, it is **ORDERED AND DECREED** that said Motion is **GRANTED** and judgment is entered in favor of Plaintiff Edward A. Willliams. It is hereby declared that 18 U.S.C. § 922(g)(1), its derivative regulations, and all related laws, policies, and procedures violate Plaintiff's right to Keep and Bear Arms as guaranteed by the Second Amendment to the United States Constitution. Defendants are hereby enjoined from enforcing against the Plaintiff, and those similarly situated, 18 U.S.C. § 922(g)(1) and all its derivative regulations, and all related laws, policies and procedures that would impede or criminalize Plaintiff's exercise of his right to Keep and Bear Arms.

BY THE COURT:

_____
Judge John Milton Younge