# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.   17-CV-2641 |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND,** *et al.* | : | Judge John Milton Younge |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Motion to Stay Briefing or in the Alternative, for a Two Week Extension, it is hereby **GRANTED**. This matter is hereby **STAYED**, pending an *en banc* decision by the Third Circuit in *Range v. Attorney General United States, et al.*, No. 21-2835. Within two weeks of the Third Circuit issuing an *en banc* decision in *Range*, the Parties shall meet and confer and provide to this Court a new proposed scheduling order in relation to cross-responses and cross-replies to the outstanding cross-summary judgment motions.

BY THE COURT:

_____
John Milton Younge
United States District Judge
Eastern District of Pennsylvania