IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND,** *et al.* | : | Judge John Milton Younge |
| Defendants. | : | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of January 11, 2023, directing the Parties to provide a status report every ninety days, the Parties respectfully inform this Court that the Third Circuit has not yet issued a decision in *Range v. Attorney General United States of America*, 53 F.4th 262, 266 (3d Cir. 2022), *reh'g en banc granted, opinion vacated sub nom. Range v. Attorney General United States of America*, No. 21-2835, 2023 WL 118469 (3d Cir. Jan. 6, 2023).  Consistent with the above-referenced Order, the Parties will file a further status report within ninety days and will notify the Court within twenty days of the docketing of the *en banc* Third Circuit's decision in *Range*.

Respectfully Submitted,

*Joshua Prince*
Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Attorney for Petitioner


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Taisa M. Goodnature*
TAISA M. GOODNATURE
New York Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Joint Status Report was filed electronically through the Eastern District of Pennsylvania Electronic Filing System. Notice of these filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

_____
Joshua Prince, Esq.