IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 17-2641-JMY** |
| | : | |
| **MERRICK GARLAND, ATTORNEY** | : | |
| **GENERAL OF THE UNITED STATES,** | : | |
| *et al.*, | : | |
| Defendants. | | |

### ORDER

**AND NOW**, this 7th day of June, 2023, it is hereby **ORDERED** that a status conference with the Court will be held on **Wednesday, June 14, 2023, at 11:00 a.m**. The status conference will primarily focus on codifying an updated briefing schedule for the summary judgment motions, responses, and replies—in light of the Third Circuit's June 6, 2023 *en banc* decision in *Range v. Attorney General United States of America*, 53 F.4th 262, 266 (3d Cir. 2022), *reh'g en banc granted, opinion vacated sub nom. Range v. Attorney General United States of America*, No. 21-2835, 2023 WL 118469 (3d Cir. Jan. 6, 2023). Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**