IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No. 17-CV-2641 |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND,** *et al.* | : | Judge John Milton Younge |
| Defendants. | : | |

# JOINT STATUS REPORT

As ordered by the Court at the status conference held on June 14, 2023, the Parties have conferred and jointly propose the following briefing schedule, which would moot the pending motions for summary judgment (ECF Nos. 60-61):

1. All motions for summary judgment shall be filed no later than **Wednesday, September 21, 2023;**

2. Responses to such motions for summary judgment shall be filed no later than **Monday, October 23, 2023**; and,

3. Replies to the responses to such motions for summary judgment shall be filed no later than **Monday, November 13, 2023.**

A proposed order is attached hereto.

Respectfully Submitted,

*Joshua Prince*
Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Attorney for Petitioner


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Taisa M. Goodnature*
TAISA M. GOODNATURE
New York Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3786
Fax: (202) 616-8470
Email: Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Joint Status Report was filed electronically through the Eastern District of Pennsylvania Electronic Filing System. Notice of these filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

_____
Joshua Prince, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND,** *et al.* | : | Judge John Milton Younge |
| Defendants. | : | |

## SCHEDULING ORDER

AND NOW, this _____ day of _____, 2023, upon agreement of the Parties, it is hereby **ORDERED** as follows:

1. The Parties' pending Motions for Summary Judgment (ECF Nos. 60-61) are dismissed as moot;

2. The Parties shall comply with the following deadlines:

   a. All motions for summary judgment shall be filed no later than **Wednesday, September 21, 2023.**

   b. Responses to such motions for summary judgment shall be filed no later than **Monday, October 23, 2023.**

   c. Replies to the responses to such motions for summary judgment shall be filed no later than **Monday, November 13, 2023.**

3. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

                              **BY THE COURT:**

                              _____

                              **JUDGE JOHN MILTON YOUNGE**