IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 17-2641-JMY** |
| | : | |
| **MERRICK GARLAND, ATTORNEY** | : | |
| **GENERAL OF THE UNITED STATES,** *et al.*, | : | |
| Defendants. | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 21st day of June, 2022, upon consideration of the parties' Joint Status Report (ECF No. 70), it is hereby **ORDERED** as follows:

1. The Government's Motion for Summary Judgment (ECF No. 60) and Plaintiff Edward A. Williams' Motion for Summary Judgment (ECF No. 61) are **DENIED** as **MOOT**—in light of this Amended Scheduling Order.

2. The parties shall comply with the following deadlines:

    a. All motions for summary judgment shall be filed no later than **Thursday, September 21, 2023.**

    b. Responses to such motions for summary judgment shall be filed no later than **Monday, October 23, 2023.**

    c. Replies to the responses to such motions for summary judgment shall be filed no later than **Monday, November 13, 2023.**

3. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**