# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No. 17-CV-2641 |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND**, *et al.* | : | Judge John Milton Younge |
| Defendants. | : | |

## PLAINTIFF'S FOURTH MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through his counsel, moves this Honorable Court to enter summary judgment on his behalf pursuant to Fed. R. Civ. P. 56. The accompanying memorandum of law is submitted in support of this motion. A supporting brief and order are attached hereto in accordance with the Court's Local Rules.

Respectfully Submitted,

Joshua Prince, Esq.
Attorney Id. No. 306521
Joshua@PrinceLaw.com
Prince Law Offices, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803
610-845-3903 (fax)
Attorney for Petitioner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Plaintiffs' Fourth Motion for Summary Judgment, Declaration, Exhibits, and Brief in Support were filed electronically through the Eastern District of Pennsylvania Electronic Filing System. Notice of these filing will be sent by operation of the Court's Electronic Filing System to all registered users in this case.

_____
Joshua Prince, Esq.