# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
|     Plaintiff | : | Civil Action No. 17-CV-2641 |
| | : | |
| **v.** | : | |
| | : | |
| **MERRICK GARLAND,** *et al.* | : | Judge John Milton Younge |
|     Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 20\_\_\_\_, upon consideration of the Defendants' Third Motion for Summary Judgment and supporting Memorandum of Law, as well as Plaintiff's response thereto, it is **ORDERED AND DECREED** that said Motion is **DENIED**.

                                              BY THE COURT:

                                              _____
                                              Judge John Milton Younge