IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND et al.,<br><br>Defendants.[1] | Civil Action No. 17-CV-2641 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 20___, upon consideration of Defendants' Unopposed Motion for Leave to File Excess Pages, it is hereby ORDERED that the Defendants' Motion is GRANTED.  Defendants may file a reply in support of Defendants' Second Renewed Motion for Summary Judgment not to exceed thirteen (13) pages.

IT IS SO ORDERED.

BY THE COURT:

_____
JUDGE JOHN MILTON YOUNGE
UNITED STATES DISTRICT JUDGE

---

[1] Hon. Merrick B. Garland, Steven M. Dettelbach, and Christopher Wray are automatically substituted as Defendants in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.  *See* ECF No. 55 at 1 n.1.