IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| MERRICK GARLAND, et al., | : | NO. 17-2641 |
| Defendants. | : | |

# ORDER

AND NOW, this 13th day of November, 2023, upon consideration of Defendant's Unopposed Motion for Leave to File Excess Pages (ECF No. 78), it is hereby **ORDERED** that such Motion is **GRANTED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**