**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD A. WILLIAMS,<br>Plaintiff,<br>v.<br>MERRICK B. GARLAND, et al.,<br>Defendants.[1] | : | CIVIL ACTION<br>NO. 17-2641 |

**ORDER**

AND NOW, this 14th day of November, 2023, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 72) and Defendants' Motion for Summary Judgment (ECF No. 73), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum. Accordingly, it is **FURTHER ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**

---

[1] Plaintiff originally brought this action on June 1, 2017, against the United States of America, Attorney General Jeff Sessions, Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives Thomas E. Brandon, and Acting Director of the Federal Bureau of Investigation Andrew McCabe. (ECF No. 1.) Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Merrick Garland, Director Steven Dettelbach, and Director Christopher Wray are automatically substituted as Defendants in this action.