# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. WILLIAMS** | : | |
| Plaintiff | : | Civil Action No.  17-CV-2641 |
| | : | |
| v. | : | |
| | : | |
| **MERRICK GARLAND, *et al.*** | : | Judge John Milton Younge |
| Defendants. | : | |

# **O R D E R**

NOW, this 17th day of November, 2023, upon consideration of the parties' Joint Motion to Stay Request for Attorney Fees and Costs, IT IS HEREBY ORDERED that the motion is **GRANTED**.  The requirement of Plaintiff to file a request for attorney fees and costs as to Plaintiff Edward A. Williams shall be stayed until 135 days after the later of the following occurs: (1) no appeal being filed by January 15, 2023 or (2) in the event of an appeal, a final decision on the appeal is reached and the appropriate mandate has issued. In the event the parties are unable to amicably resolve Plaintiff's request for attorney fees and cost, following the expiration of the 135-day period, Plaintiff shall file a request for attorney fees and costs with respect to his claims. In that event, the Plaintiff Williams preserves all issues related to attorney fees and costs so that they may be presented to the Court for adjudication.

/s/ John Milton Younge
**Judge John Milton Younge**
United States District Court
Eastern District of Pennsylvania