IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>        Defendants. | Civil Action No 17-CV-2641 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's November 14, 2023 Memorandum (ECF No. 82) and Order (ECF No. 83).

Dated:  January 12, 2024                                  Respectfully submitted,

| | |
|---|---|
| JACQUELINE C. ROMERO<br>United States Attorney<br><br>/s/ Anthony D. Scicchitano<br>ANTHONY D. SCICCHITANO<br>Assistant United States Attorney<br>Pennsylvania Bar No. 208607<br>U.S. Attorney's Office, E.D. Pa.<br>615 Chestnut St., Suite 1250<br>Philadelphia, PA 19106<br>Telephone:  (215) 861-8380<br>Email:  Anthony.Scicchitano@usdoj.gov | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>LESLEY FARBY<br>Assistant Branch Director<br><br>TAISA M. GOODNATURE<br>New York Bar No. 5859137<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 514-3786<br>Fax: (202) 616-8470<br>Email:  Taisa.M.Goodnature@usdoj.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was filed through the CM/ECF system, which will provide electronic notice to the following counsel:

Adam J. Kraut (akraut@saf.org)
Joshua Prince (Joshua@PrinceLaw.com)

/s/ Anthony D. Scicchitano
ANTHONY D. SCICCHITANO
Assistant United States Attorney