IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>      Plaintiff,<br><br>  v.<br><br>PAMELA J. BONDI,<br>*Attorney General of the United States, et al.*,<br><br>      Defendants.[1] | Civil Action No. 17-CV-2641 |

**ENTRY OF APPEARANCE**

    Kindly enter the appearance of Robert W. Meyer, Trial Attorney, United States Department of Justice, Civil Division, Federal Programs Branch, on behalf of Defendants in this action.

Dated: May 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Robert W. Meyer*
ROBERT W. MEYER
New York Bar No. 5942842
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.w.meyer@usdoj.gov

*Counsel for Defendants*

---

[1] Pamela J. Bondi is automatically substituted as a Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.