IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>PAMELA J. BONDI,<br>*Attorney General of the United States*, *et al.*,<br><br>          Defendants.[1] | Civil Action No. 17-CV-2641 |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE of the substitution of counsel for Defendants in this action. Alexander J. Yun, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance and will replace Robert W. Meyer. Mr. Meyer should be withdrawn as counsel for Defendants, and all future orders, briefs, and correspondence should be directed to Alexander J. Yun.

Dated: February 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005

---

[1] Pamela J. Bondi is automatically substituted as a Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

                                                      202-674-0255  
                                                      Alex.Yun@usdoj.gov  
                                                      *Counsel for Defendants*