IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD A. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI et al.,<br><br>Defendants. | Civil Action No. 17-CV-2641 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 5.1(b) of the Local Rules of Civil Procedure, the undersigned counsel respectfully withdraws his appearance in this matter as counsel for Defendants and requests to be terminated from the docket. Alexander J. Yun continues to represent Defendants in this matter.

Dated: February 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Robert W. Meyer
ROBERT W. MEYER
New York Bar No. 5942842
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0872
Email: Robert.w.meyer@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal of Counsel was filed through the CM/ECF system, which will provide electronic notice to all counsel who have made appearances.

*/s/ Robert W. Meyer*
ROBERT W. MEYER